FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARTIN MITCHELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THE PEOPLE OF CALIFORNIA,<br><br>　　　　Respondent. | CASE NO. CV 07-5014-MMM (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: _October 30, 2008_.


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MITCHELL, J 5014\Order accep r&r.wpd