FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARTIN MITCHELL, | Case No. CV 07-5014-MMM (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _October 30, 2008_.

_/s/ Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MITCHELL, J 5014\Judgment.wpd